# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Jr., Charles L. | Northern District of Alabama | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
101 Holmes Avenue
Huntsville, Ala. 35801

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1981 | Judicial Retirement Fund of Alabama (Retirement fund of former employer, State of Alabama), no control |
| 2. 1981 | Madison County, Alabama Retirement Fund (Retirement fund of former employer, Madison County), no control |
| 3. | |

2014 MAY 21 A 10: 03
FINANCIAL OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | State of Alabama Retirement | $58,725.00 |
| 2. 2013 | Madison County, Alabama Retirement | $19,142.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Madison County, Alabama Commission - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds-Series EE | A | Interest | J | T | | | | | |
| 2. Regions Financial Corp. | A | Dividend | J | T | | | | | |
| 3. Citi Bank Money Fund | A | Interest | J | T | | | | | |
| 4. Meadowbrook, Ltd. 4.75% Int. in limited partnership | | None | J | U | | | | | |
| 5. Farm: Madison County, Ala. | D | Rent (Crop) | P1 | W | | | | | |
| 6. Farm Rental House: Madison County, Ala. | D | Rent (House) | L | W | | | | | |
| 7. Crown Life Ins. - Cash Value | A | Dividend | J | T | | | | | |
| 8. Apple Computer, Inc. | B | Dividend | M | T | | | | | |
| 9. Clorox Co. | B | Dividend | K | T | | | | | |
| 10. ▒▒▒ § 457(b) Deferred Comp Account: | | | | | | | | | |
| 11. -- American Century Value Fund | C | Dividend | K | T | | | | | |
| 12. -- Fidelity Contrafund | D | Dividend | M | T | | | | | |
| 13. -- Nationwide Fixed Account | B | Interest | M | T | | | | | |
| 14. -- Nationwide Large Cap Growth Fund | D | Dividend | L | T | | | | | |
| 15. -- S & P 500 Index Fund | A | Dividend | J | T | | | | | |
| 16. -- Neuberger Berman Equity Trust | B | Dividend | K | T | | | | | |
| 17. Madison Co. AL Retirement Fund | B | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am Family Broadcasting Corp (Retirement) | | None | J | T | | | | | |
| 19. PACT (Ala. Prepaid Affordable College Tuition plan) | A | Interest | K | T | | | | | |
| 20. Scholars Choice (Section 529 Plan) - No Control | B | Dividend | J | T | | | | | |
| 21. Education IRA No. 1: | | | | | | | | | |
| 22. -- Morgan Stanely (formerly CitiBank NA) | A | Interest | J | T | | | | | |
| 23. -- Coca Cola Bottling Co. | A | Dividend | J | T | Sold | 11/01/13 | J | A | |
| 24. -- Adtran, Inc. | A | Dividend | J | T | | | | | |
| 25. -- Overstock.Com, Inc. | | None | J | T | | | | | |
| 26. -- Facebook | A | Dividend | J | T | | | | | |
| 27. Education IRA No. 2: | | | | | | | | | |
| 28. -- Legg Mason Partners (formerly SB Aggressive Growth Funds) | A | Dividend | J | T | Sold | 11/01/13 | J | A | |
| 29. -- CitiBank NA Bank Deposit (formerly SB Money Funds) | A | Interest | J | T | | | | | |
| 30. -- Adtran, Inc. | A | Dividend | J | T | | | | | |
| 31. -- Overstock.Com, Inc. | | None | J | T | | | | | |
| 32. -- Facebook | A | Dividend | J | T | | | | | |
| 33. Education IRA No. 3: | | | | | | | | | |
| 34. -- Legg Mason Partners (formerly SB Aggressive Growth Funds) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- CitiBank NA Bank Deposit (formerly SB Money Funds) | A | Interest | J | T | | | | | |
| 36. -- Adtran, Inc. | A | Dividend | J | T | | | | | |
| 37. -- Overstock.Com, Inc. | | None | J | T | Sold | 12/20/13 | J | A | |
| 38. -- Facebook | A | Dividend | J | T | | | | | |
| 39. Education IRA No. 4: | | | | | | | | | |
| 40. -- Legg Mason Partners (formerly SB Aggressive Growth Funds) | A | Dividend | J | T | Sold | 11/01/13 | J | A | |
| 41. -- CitiBank NA Bank Deposit (formerly SB Money Funds) | A | Interest | J | T | | | | | |
| 42. -- Adtran, Inc. | A | Dividend | J | T | | | | | |
| 43. -- Overstock.Com, Inc. | | None | J | T | | | | | |
| 44. -- Facebook | A | Dividend | J | T | | | | | |
| 45. Coca Cola Bottling Co. | A | Dividend | J | T | Sold (part) | 11/03/13 | J | A | |
| 46. eBay, Inc. | | None | J | T | | | | | |
| 47. Trust No. 1: | A | Dividend | K | T | | | | | |
| 48. -- Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 49. -- Franklin Federal Tax Free Income FD Class A (X) | A | Interest | K | T | | | | | |
| 50. Vanguard Age-Based Aggressive Growth (Section 529 Plan aka Upromise) | A | Dividend | K | T | | | | | |
| 51. Adtran, Inc. | A | Dividend | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value           V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Walt Disney (acquisition and merger of Pixar into Disney) | A | Dividend | J | T | | | | | |
| 53. Education IRA No. 5: | | | | | | | | | |
| 54. -- CitiBank NA Bank Deposit Account | A | Interest | J | T | | | | | |
| 55. -- Facebook | A | Dividend | J | T | | | | | |
| 56. Trust No. 2: | | | | | | | | | |
| 57. -- Morgan Stanley (formerly CitiBank NA Bank Deposit Account) | A | Interest | K | T | | | | | |
| 58. -- Facebook | A | Dividend | J | T | | | | | |
| 59. Facebook | A | Dividend | J | T | | | | | |
| 60. Alabama College Counts 529 Plan: | | | | | | | | | |
| 61. -- Vanguard Growth Index Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Charles L. | 05/15/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **\s/ Charles L. Smith, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544